Decided 15 August, 1901.
## SCHNEIDER *v.* DANNER.

From Multnomah : JOHN B. CLELAND, Judge.

Action by Emily J. Schneider against Anna Danner to recover possession of real property with damages. Judgment for defendant, from which plaintiff appeals.

DISMISSED.

*Mr. J. F. Boothe,* for appellant.

*Mr. H. K. Sargent,* for respondent.

Pursuant to the stipulation of the parties, the appeal was dismissed without costs to either party. No opinion.

DISMISSED.

Decided 12 August, 1901.
## DANNER *v.* DANNER.

From Multnomah : JOHN B. CLELAND, Judge.

Suit by Anna J. Danner against Jacob Danner and others to cancel a deed from one Schneider to the defendant. The suit was dismissed and plaintiff appeals.

DISMISSED.

*J. F. Boothe* and *N. H. Bloomfield,* for appellant.

*H. K. Sargent,* for respondents.

The appeal was dismissed without costs to either party, as stipulated by the parties. No opinion.     DISMISSED.